# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

### NO. 03-23-00651-CV

---

**Lauren Ashley Alleman, Appellant**

**v.**

**Daryl James Baugh, John Michael Baugh, and Deborah Eileen Baugh, Appellees**

---

**FROM THE 425TH JUDICIAL DISTRICT COURT OF WILLIAMSON COUNTY**
**NO. 19-1737-F425, THE HONORABLE DIB WALDRIP, JUDGE PRESIDING**

---

### M E M O R A N D U M   O P I N I O N

Lauren Ashley Alleman attempts to appeal from the regional presiding judge's "Order Denying Motion to Recuse Judge." On November 16, 2023, the Clerk of this Court informed Alleman that this Court appears to lack jurisdiction because there is no final judgment or appealable interlocutory order. The Clerk requested that Alleman file a response by November 27, 2023, explaining how this Court may exercise jurisdiction over this matter. More than ten days have passed, and Alleman has not filed a response.

This Court has jurisdiction over appeals from final judgments and from certain interlocutory orders made appealable by statute. *Scripps NP Operating, LLC v. Carter*, 573 S.W.3d 781, 788 (Tex. 2019). Alleman seeks to appeal from an order of the regional presiding judge denying her motion to recuse the trial judge in the underlying case. *See* Tex. R. Civ. P. 18a(f)(1) (directing trial judge to either grant litigant's motion to recuse or refer motion to regional presiding judge for ruling). An order denying a recusal motion "may be reviewed only

for abuse of discretion on appeal from the final judgment." *Id.* 18a(j)(1)(A). The record does not include a final judgment. Absent a final judgment or other statutory authorization for this appeal, we lack jurisdiction over this appeal. *See Scripps*, 573 S.W.3d at 788; *In re Commitment of Dunsmore*, No. 01-22-00690-CV, 2023 WL 2375937, at *1 (Tex. App.—Houston [1st Dist.] Mar. 7, 2023, no pet.) (mem. op.) (dismissing appeal of order denying motion to recuse for want of jurisdiction where there was no final judgment).

We dismiss this appeal for want of jurisdiction. *See* Tex. R. App. P. 42.3(a).

_____

Rosa Lopez Theofanis, Justice

Before Chief Justice Byrne, Justices Kelly and Theofanis

Dismissed for Want of Jurisdiction

Filed: December 8, 2023